UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN EDWARD WALTERS, | No. C 12-1500 SI (pr) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| DAVID LONG, Warden, | |
| Respondent. | |

Martin Edward Walters, an inmate at Ironwood State Prison in Blythe, California, has filed a petition for writ of habeas corpus to challenge the execution of his sentence, i.e., the loss of time credits due to a disciplinary decision. The prison at which Walters is incarcerated is in Riverside County, within the venue of the Central District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). The fact that the disciplinary decision occurred in Salinas Valley does not affect the venue preference for the place of the prisoner's current confinement. Because Walters is now confined in the Central District of California and challenging the execution of his sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: May 23, 2012

SUSAN ILLSTON
United States District Judge