JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN EDWARD WALTERS,<br><br>            Petitioner,<br>vs.<br><br>DAVID LONG, WARDEN,<br><br>            Respondent. | Case No. EDCV 12-0891-JAK (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 24, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1